# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

JS - 6

Case No. SACV 12-1136 DOC                                    Date: July 18, 2012

Title: IN RE EDGART F. GONZALEZ

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

    Julie Barrera                            Not Present
    Courtroom Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

        NONE PRESENT                        NONE PRESENT

PROCEEDING (IN CHAMBERS): DENYING APPELLANT'S BANKRUPTCY APPEAL

On July 2, 2012, the Bankruptcy Court issued an Order to Show Cause Why Case Should Not Be Dismissed. *See* Docket 2, p.3-4. The Bankruptcy Court ordered then-Debtor and now-Appellant Edgart F. Gonzalez to show cause why his "adversary case should not also be dismissed," given that the main bankruptcy case has been dismissed and the underlying action is one of state law. *Id.*

Curiously, instead of responding to the order to show cause, Gonzalez appealed it to this Court. Quite simply, an order to show cause is not appealable to the district court. 28 U.S.C. § 158(a) provides that district courts have jurisdiction over a bankruptcy appeal from (1) final judgments, orders, or decrees, and (2) interlocutory orders with leave from the bankruptcy court. *See In re Lazar,* 237 F.3d 967, 985 (9th Cir. 2001) (internal citations omitted). This order to show cause is neither a final judgment nor an interlocutory order for which the Bankruptcy Court has granted leave to appeal. As such, there is absolutely no plausible authority under which Appellant could have pursued this appeal, strongly suggesting bad faith on behalf of Appellant. This Court cautions Appellant to, in the future, ensure that he only appeals orders meeting the requirements of 28 U.S.C. § 158(a), lest he lose the remainder of his credibility and potentially subject himself to sanctions for filing frivolous appeals.

The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                Initials of Deputy Clerk: jcb
CIVIL - GEN                                         Page 1 of 1